

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 25-41743-659 |
| | ) | |
| Elite Printing & Packaging, Inc., | ) | |
| | ) | Hon. Kathy A. Surratt-States |
| Debtor. | ) | U.S. Bankruptcy Judge |
| | ) | Hearing Date:     March 30, 2026 |
| | ) | Hearing Time:     11 a.m. |
| | ) | Hearing Location:  Thomas F. Eagleton |
| _____ | ) | U.S. Courthouse |
| JERRY L. JENSEN | ) | 111 S. 10th Street |
| Acting United States Trustee, | ) | Courtroom 7 North |
| | ) | St. Louis, MO 63102 |
| Movant, | ) | |
| | ) | |
| v. | ) | Response Due:      March 23, 2026 |
| | ) | |
| Elite Printing & Packaging, Inc., | ) | |
| | ) | |
| Respondent. | ) | |

July 2, 2026

*Kathy A. Surratt-States*

**Kathy A. Surratt-States**
**UNITED STATES BANKRUPTCY JUDGE**

DENIED

**UNITED STATES TRUSTEE'S SECOND MOTION TO DISMISS OR**
**<u>CONVERT TO A CASE UNDER CHAPTER 7</u>**

Jerry L. Jensen, Acting United States Trustee for the Eastern District of Missouri (the "U.S.

Trustee"), by the undersigned Trial Attorney, respectfully requests that this Court enter an order

dismissing this case or converting it to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(b).

1.      On May 5, 2025, Elite Printing and Packaging, Inc. (the "Debtor") filed a

voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      The Debtor's representative and counsel attended an Initial Debtor Interview (the

"IDI") with the U.S. Trustee's Office.  At the IDI, representatives of the U.S. Trustee discussed

certain administrative requirements with the Debtor's representative and counsel, including the

requirements to file Monthly Operating Reports ("MORs"); to pay the U.S. Trustee quarterly

fees imposed by 28 U.S.C. § 1930(a)(6); and to provide documents to the U.S. Trustee, including bank statements and insurance information.

3. The Debtor has failed throughout this case to comply with several of its obligations meriting dismissal or conversion of the case. The U.S. Trustee filed a previous Motion to Dismiss of Convert (the "First Motion") on July 3, 2025. Doc. 54. The Debtor finally cured the administrative deficiencies cited in the First Motion, and the Motion was denied as Moot on November 25, 2025. Doc. 101. We are, again, without key information to monitor this case or determine or monitor estate assets or gauge the viability of rehabilitation.

4. The Debtor has failed to provide bank account and insurance information requested by the United States Trustee:

  a. The September 2025 MOR did not attach bank statements.

  b. The Debtor's Commercial General Liability, Umbrella Liability, Workers Comp, and Printers E&O insurance expired on January 25, 2026, and the Debtor has not provided proof of extended coverage.

  c. The Debtor's insurance on estate property, a 2019 Ford Fusion, expired on October 31, 2025, and the Debtor has not provided proof of extended coverage.

  d. The Debtor has failed to provide statements for a variety of bank accounts:

      i.  February, March, and April 2025 for Bank of Monroe 0717;

      ii. June 2025 for U.S. Bank 1648; and

      iii. June 2025 for BMO 9364

5. The Debtor has failed to file MORs for October, November, and December 2025, and January 2026.

6. The Debtor has not paid required quarterly fees in this case. Estimated minimum fees for the 4th quarter of 2025 totaling $250 have been assessed but have not been paid. The actual amount of fees due will be assessed when the disbursements are reported by the Debtor on the MORs.

7. 11 U.S.C. § 1112(b) provides that upon request of a party in interest and after notice and a hearing, the Court, for cause, shall dismiss a case or convert it to a case under Chapter 7, whichever is in the best interests of creditors and the estate unless the court determines that the appointment of a trustee or examiner under section 1104(a) is in the best interests of creditors and the estate.

8. Section 1112(b)(4) provides examples of "cause" to convert or dismiss, including but not limited to:

(A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;

(B) gross mismanagement of the estate;

(C) failure to maintain appropriate insurance that poses a risk to the estate or to the public;

(F) unexcused failure to satisfy timely any filing or reporting requirement established by [Title 11] or by any rule applicable in a case under [Chapter 11];

(H) failure timely to provide information or attend meetings reasonably requested by the United States trustee (or the bankruptcy administrator, if any); and

(K) failure to pay any fees or charges required under chapter 123 of title 28.

9. Section 1112(b)(4)'s examples of cause are not exclusive. *Matter of Berryhill*, 189 B.R. 463, 465 (N.D. Ind. 1995) (citing *In re Gonic Realty Trust*, 909 F.2d 624, 626–27 (1st Cir. 1990)).

10. As described above, the Debtor has failed to provide the U.S. Trustee with crucial banking and insurance information. Without this information, the U.S. Trustee cannot perform its

statutory duties of oversight into the Debtor's management or finances or ensure that the estate maintains appropriate insurance against risks to the estate and the public. *See* 11 U.S.C. § 1112(b)(4)(C).

11.  Similarly, the Debtor's failure to file MORs hampers the U.S. Trustee's (and the Court's and creditors') review and oversight of the Debtor's management and finances.

12.  11 U.S.C. § 704(a)(8), which is made applicable to Chapter 11 debtors-in-possession by 11 U.S.C. §§ 1106(a)(1) and 1107(a), requires debtors-in-possession to file with the Court, the United States Trustee, and any governmental unit charged with responsibility for collection or determination of any tax arising out of the operation of the debtor's business, "periodic reports and summaries of the operation of such business, including a statement of receipts and disbursements, and such other information as the United States Trustee or the court requires."

13.  MORs and the information they contain are the "life-blood of the Chapter 11 process" and are more than "mere busy work." *In re Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991).

14.  Without timely MORs and the accompanying account statements, the United States Trustee cannot perform its duties of monitoring, for example, the Debtor's solvency, its ability to reorganize, or its management of the estate. *See In re Whetten*, 473 B.R. 380, 383 (Bankr. D. Colo. 2012) ("Without these reports, the UST and creditors cannot determine when a debtor is incurring additional losses, is rendered administratively insolvent, or is transferring assets without authorization.")

15. "The reporting requirements provide the primary means for monitoring the debtor's compliance with the Code's requirements and they serve as a litmus test for a debtor's ability to reorganize." *Id.* at 384.

16. "Consequently, the importance of filing monthly reports cannot be over-emphasized. A debtor ignores this basic duty at its own peril." *Id.*

17. The Debtor's failure to file an MOR since September 2025 or provide the Debtor's bank statements constitutes cause to dismiss or convert this case under 11 U.S.C. § 1112(b)(4)(F) and (H).

18. Furthermore, without the financial information covering key periods in case and considering the Debtor's failure to maintain or provide proof of insurance, it is difficult to discern whether there is a likelihood of rehabilitation or even whether there has been gross mismanagement of the Debtor.

19. The Debtor filed a plan on January 27, 2026 (Doc. 115); however, the Debtor has not supported the feasibility of this plan by filing the required MORs and bank statements.  It has not even had the approval of the Disclosure Statement set for hearing, even though it has been filed with the Court for 20 days.

20. Further, the U.S. Trustee cannot determine the amount of disbursements necessary to assess the proper amount of quarterly fees required by law.

21. There are no unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate under 11 U.S.C. § 1112(b)(2).

WHEREFORE, for the reasons set forth above, the U.S. Trustee respectfully requests that the Court dismiss this case or convert it to Chapter 7, whichever is in the best interests of creditors and the estate, or grant such relief consistent with the grounds and arguments set forth herein.

Respectfully submitted,

JERRY L. JENSEN
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

/s/ Joseph Schlotzhauer
JOSEPH SCHLOTZHAUER
E.D. Mo #62138MO, MO #62138
United States Department of Justice
Office of the U.S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2980 (Phone)
(314) 539-2990 (Fax)
Email: joseph.schlotzhauer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the *United States Trustee's Second Motion to Dismiss or Convert to a Case under Chapter 7* was filed electronically on February 20, 2026, with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the *United States Trustee's Second Motion to Dismiss or Convert to a Case under Chapter 7* was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed on the attached mailing matrix on February 20, 2026.

/s/ Tavia Shreefer
Paralegal Specialist

Label Matrix for local noticing
0865-4
Case 25-41743
Eastern District of Missouri
St. Louis
Fri Feb 20 14:10:57 CST 2026

AMUR EQUIPMENT FINANCE, INC.
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Road, Suite 200
Independence, OH 44131-2191

Ally Bank Lease Trust c/o AIS Portfolio Serv
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank Lease Trust, c/o AIS Portfolio Ser
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amy Tucker Ryan
Armstrong Teasdale LLP
7700 Forsyth Blvd.  Ste. 1800
St. Louis, MO 63105-1807

Andrew Magdy
Summers Compton Wells
903 South Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131-2934

(p)ASPEN WASTE SYSTEMS
PO BOX 3050
DES MOINES IA 50316-0050

BMO BANK N.A.
1625 W FOUNTAINHEAD PKWY
10TH FLOOR
TEMPE, AZ 85282-0036

Bell-Mark
331 Changebridge Road
Pine Brook, NJ 07058-9180

Benco Industrial Equipment
P.O. Box 893
Saint Charles, MO 63302-0893

Beth Boggs
Boggs Avellilo
9326 Olive Blvd.
Suite 200
Saint Louis, MO 63132-3257

Beverly Sloan
230 Castle Crest Ct
O Fallon, MO 63366-5252

Borders Containers Corp.
1788 N. Lindbergh Blvd.
Saint Louis, MO 63132-1002

Mark V. Bossi
Thompson Coburn
One US Bank Plaza
St. Louis, MO 63101-1693

CFG Merchant Solutions, LLC
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540

CFG Merchant Solutions, LLC
c/o Kaminski Law, PLLC
P.O. Box 247
c/o Kaminski Law, PLLC
Grass Lake, MI 49240-0247

CFG Merchant Solutions, LLC
c/o Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ 07601-6211

Capital Express Inc.
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Suite 25
Melville, NY 11747-3645

Capital Express Inc.
15701 Collins Ave.
Suite 3902
North Miami Beach, FL 33160-5431

Capital Express Inc.
c/o Giuliano Law PC
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capybara Capital LLC
6501 Congress Ave
Suite 340
Boca Raton, FL 33487-2840

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Commercial Industrial Finance, Inc.
10024 Office Center Ave.
Suite 150
Saint Louis, MO 63128-1391

Crown Packaging
17854 Chesterfield AIrport Road
Chesterfield, MO 63005-1216

Crown Packaging Corp.
17854 Chesterfield Airport Blvd
St. Louis, MO 63195-0001

DLP Funding
447 Broadway 2nd FL
Unit 805
New York, NY 10013-2562

DLP Funding LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

DLP Funding LLC
c/o Giuliano Law PC
445 Broadhollow Rd., Ste. 25
Melville, N.Y. 11747-3645

A. Thomas DeWoskin
Danna McKitrick, P.C.
7701 Forsyth Blvd., Suite 1200
St. Louis, MO 63105-1816

Spencer P. Desai
The Desai Law Firm, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017-5945

Diverse Capital
323 Sunny Isles Blvd. #503
North Miami Beach, FL 33160-4675

Diverse Capital, LLC
c/o Kaminski Law, PLLC
P.O. Box 247
c/o Kaminski Law, PLLC
Grass Lake, MI 49240-0247

Elite Printing & Packaging Inc.
1601 Tradeport Drive
Suite 900
Hazelwood, MO 63042-4456

Engineered Packaging System
855 Horan Drive
Fenton, MO 63026-2405

FEDEX CORPORATION
C/O THE LAW OFFICES OF JAY B. UMANSKY, P
12460 Olive Blvd, Ste. 118
St. Louis, MO 63141-6397

Federal Express
Jay Umansky PC
12460 Olive Blvd.
Suite 118
Saint Louis, MO 63141-6397

Scott D. Fink
Weltman, Weinberg & Reis Co. LPA
5990 West Creek Rd
Suite 200
Independence, OH 44131-2191

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Scott A. Greenberg
Sandberg Phoenix & von Gontard
701 Market Street
Suite 600
St. Louis, MO 63101-1826

John J. Hall
Lewis, Rice et al.
600 Washington Avenue
Suite 2500
St. Louis, MO 63101-1311

Lester J. Hubble
Hubble Law LLC
5353 S. Lindbergh Blvd.
Suite 210
St. Louis, MO 63126-3556

Hueosity
658 Fee Fee Road
Herculaneum, MO 63048

Human Resources Staffing
2258 Schuetz Road
Saint Charles, MO 63302

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Joshua Michael Jones
U.S. Attorney's Office
111 S. 10th Street
Suite 20.333
St. Louis, MO 63102-1127

Kapitus - Strategic Funding Source
2500 Wilson Blvd.
Suite 350
Arlington, VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street
4th Floor
New York, NY 10036-4041

Kash Advance
323 Sunny Isles Blvd.
North Miami Beach, FL 33160-4232

Kash Advance, LLC
c/o Kaminski Law, PLLC
P.O. Box 247
c/o Kaminski Law, PLLC
Grass Lake, MI 49240-0247

Konica Minolta Premier Finance
PO Box 35701
Billings, MT 59107-5701

Matthew S Layfield
Polsinelli PC
7676 Forsyth Blvd.
Suite 800
Clayton, MO 63105-4150

Christopher D Lee
Sandberg Phoenix & von Gontard
701 Market Street
Ste 600
Saint Louis, MO 63101-1826

Linc Systems
8101 42nd Street W Baltimore, MD 21264

Katherine I. McLaughlin
Jenkins & Kling, P.C.
150 North Meramec Avenue
Suite 400
St. Louis, MO 63105-3753

Michael Sloan
230 Castle Crest Ct
O Fallon, MO 63366-5252

Michael and Beverly Sloan
230 Castle Crest Ct
O Fallon, MO 63366-5252

Mimir Flexographic
300 Industrial Drive
Troy, MO 63379-1345

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
301 W High St
Jefferson City, MO 65101-1517

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High Street
Jefferson City, MO 65105-4750

Evan Lincoln Moscov
Law Office of Evan L. Moscov
P.O. Box 8305
Waukegan, IL 60079-8305

Murphy Company
1233 N. Price Road
Saint Louis, MO 63132-2303

NP Hazelwood 370 Building III, LLC
Armstrong Teasdale LLP
7700 Forsyth Blvd., Ste. 1800
St. Louis, MO 63105 United States 63105-1807

NP Hazelwood 370 Building III, LLC
3315 North Oak Trafficway
Kansas City, MO 64116-2775

National Funding Inc.
4380 La Jolla Village Drive
San Diego, CA 92122-1233

Jovanny Nava Mosso
Polsinelli PC
7676 Forsyth Blvd.
Suite 800
St Louis, MO 63105-4150

Newtek Bank
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042-1046

Newtek Bank, National Association
c/o Sandberg Phoenix
701 Market Street, 6th Floor
Saint Louis, MO 63101-1830

Ocean Funding Corporation
1000 NW 65th Street
Suite 103
Fort Lauderdale, FL 33309-1113

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Partner Transport
115 Oak Drive
Summerville, SC 29483-9019

Prosperum Capital Partners LLC
15 West 36th Street
11 Floor
New York, NY 10018

Prosperum Capital Partners LLC
c/o Weinstein & Riley, PS
749 Gateway, Suite G-601
Abilene, TX 79602-1196

Quest Graphics
2423 Northline Industrial Dr.
Maryland Heights, MO 63043-3308

Quincy Recycle
3930 Taussig Road
Bridgeton, MO 63044-1217

Republic Bank &Trust Company
in care of Hubble Law LLC
5353 S. Lindbergh Blvd., Suite 210
St. Louis, MO 63126-3556

Royal Canin, U.S.A., Inc.
Polsinelli PC, Attn: Jovanny Nava
7676 Forsyth Blvd
Suite 800
St. Louis, MO 63105-4150

Amy T. Ryan
Armstrong Teasdale
7700 Forsyth Boulevard
Ste 1800
St. Louis, MO 63105-1807

Joseph Richard Schlotzhauer
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102-1127

Small Business Administration
Little Rock Commercial Loan Servicing
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202-1794

Source One Staffing
13523 Lake Front Drive
Earth City, MO 63045-1416

(p)ST  LOUIS COUNTY COLLECTOR OF REVENUE
41 S CENTRAL AVE
SAINT LOUIS MO 63105-1719

Steelcase Financial Services
901 44th Street S.E.
Grand Rapids, MI 49508-7594

SunCentre USA
930 Pyott Road
Unit 100
Crystal Lake, IL 60014-8721

The M.A. Patterson Co
840 Mustang Drive
Grapevine, TX 76051-3904

James Treece
Missouri Department of Revenue
301 W High St
PO Box 475
Room 670
Jefferson City, MO 65105-0475

U.S. Bank NA dba U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4003

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

c/o Mark V. Bossi U.S. Bank National Associa
Thompson Coburn LLP
One US Bank Plaza
Suite 2700
St. Louis, MO 63101 United States 63101-1693

U.S. Bank, N.A.
c/o Mark V. Bossi
Thompson Coburn LLP
One US Bank Plaza, Suite 2700
St. Louis, Missouri 63101-1693

US Bank N.A.
9918 Hibert Street
San Diego, CA 92131-1085

US Tape and Label
2092 Westport Center Dr.
Saint Louis, MO 63146-3564

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

United States of America
on behalf of Internal Revenue Service

David M. Unseth
Bryan Cave Leighton Paisner LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2726

Wells Fargo Bank
800 Walnut Street, F0005-044
Des Moines, IA 50309-3891

Wells Fargo Bank, N.A.
800 Walnut St.,
F0006-051
Des Moines, IA 50309-3605

Wintrust Specialty Finance
150 North Meramec Ave
Suite 400
Clayton, MO 63105-3753

Wintrust Specialty Finance
150 N. Meramec Ave. Suite 400
St. Louis, Missouri 63105-3753

World Press
1626 Manufactures Drive
Fenton, MO 63026-2839

Wunderlich
821 Clinton Street
Saint Louis, MO 63102-1407

ePac Flexible Packaging
P.O. Box 69553
Rock Island, IL 61201

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Aspen Waste Systems
13710 Green Ash Court
Earth City, MO 63045

PNC Bank NA
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

St. Louis County Collector of Revenue
41 South Central Ave.
Saint Louis, MO 63105

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Amur Equipment Finance, Inc.          (u)Kapitus, LLC                    (u)MCA Servicing Company

(u)Newtek Bank, National Association     (u)Royal Canin U.S.A., Inc.        (u)Wells Fargo Bank, N.A.

**End of Label Matrix**
**Mailable recipients    105**
**Bypassed recipients      6**
**Total                  111**